Panel rehearing granted
and en banc rehearing denied
in opinion filed 5/30/03

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 02-6835**

———————

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

FAHED T. TAWALBEH,

Defendant - Appellant.

———————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (CR-97-24-R, CA-00-858)

———————

Submitted:  December 18, 2002        Decided:  January 8, 2003

———————

Before NIEMEYER and WILLIAMS, Circuit Judges, and HAMILTON, Senior Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Robert F. Rider, ROBERT F. RIDER, P.L.C., Roanoke, Virginia, for Appellant.  Thomas Jack Bondurant, Jr., Assistant United States Attorney, Roanoke, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Fahed T. Tawalbeh seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude for reasons stated by the district court that Tawalbeh has not made a substantial showing of the denial of a constitutional right. See United States v. Tawalbeh, Nos. CR-97-24-R; CA-00-858 (W.D. Va. Feb. 22, 2002). Accordingly, we deny a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED